# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**JAMESIA GIVAN**                                                                         **PLAINTIFF**

**V.**                            **4:18CV00470 JM**

**USABLE CORPORATION**                                              **DEFENDANT**

## JUDGMENT

Consistent with the Order entered on this day, this case is dismissed. All relief sought is denied, and the case is closed.

Dated this 29th day of October, 2019.

_____
James M. Moody, Jr.
United States District Judge